IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT D. SHELL                                                                                          PLAINTIFF

v.                                            Case No. 6:23-cv-06058

DARRELL WAYNE ELKIN, *et al*.                                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 10. Judge Comstock recommends that Plaintiff's claims against Defendant Gregory Crain, identified by Plaintiff as a public defender, be dismissed, and Defendant Crain terminated as a party in this case.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*.  Plaintiff's claims against Defendant Crain are hereby **DISMISSED** and Defendant Crain is hereby terminated as a party in this case.  Plaintiff's claims against the remaining Defendants remain for service by separate order.

**IT IS SO ORDERED**, this 17th day of August, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge