IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT D. SHELL                                                                                        PLAINTIFF

v.                                          Case No. 6:23-cv-06058

NURSE PRACTITIONER DARRELL
WAYNE ELKIN (Jail Medical Staff, Hot
Springs County Detention Center);
CAPTAIN JOSH LINGO (Hot Springs
County Detention Center); MRS. DONNA                                                   DEFENDANTS

## **ORDER**

Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 49. Judge Comstock recommends that Defendants Lingo and Donna's Motion for Partial Summary Judgment for Failure to Exhaust Administrative Remedies (ECF No. 40) be denied.

No party has filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 49) *in toto*. Defendants Lingo and Donna's Motion for Partial Summary Judgment for Failure to Exhaust Administrative Remedies (ECF No. 40) is hereby **DENIED**.

**IT IS SO ORDERED**, this 23rd day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge